# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:26-CV-00668

Plaintiff:
**Donna Polnac**

vs.

Defendant:
**The Lincoln National Life Insurance Company**

For:
Raval Trial Law
1133 Merrill St.
Houston, TX 77009

Received by Markus Edvard Fagerberg on the 29th day of January, 2026 at 5:29 pm to be served on **The Lincoln National Life Insurance Company by serving its Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Markus Edvard Fagerberg, do hereby affirm that on the **30th day of January, 2026** at **3:20 pm, I:**

delivered to a **BUSINESS ENTITY, BY AND THROUGH ITS REGISTERED AGENT**, by personally delivering a true copy of the **Summons in a Civil Action and Complaint with Exhibit 1** with the date of service endorsed thereon by me, to: **Neisha Gross, Corporation Service Company** as **Authorized Agent** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **The Lincoln National Life Insurance Company**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. The facts stated in this declaration are within my personal knowledge and are true and correct. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

*My name is Markus Edvard Fagerberg. I am at least 18 years old. My work address is 1100 Nueces, Austin, TX 78701, United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on January 31, 2026 by Markus Edvard Fagerberg, declarant.*

**Markus Edvard Fagerberg**
PSC- 23308; Exp. 09/30/2027

**Legal Process Resources**
**P.O. Box 924**
**Seabrook, TX 77586**
**(281) 830-6000**