IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA POLNAC | § | |
| | § | |
| V. | § | C.A. No. 4:26-cv-00668 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § § | |

**Notice of Settlement**

Plaintiff Donna Polnac hereby notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 30 days.

Respectfully submitted,

By: Amar Raval

Amar Raval, TBA #24046682
S.D. No. 619209
RAVAL TRIAL LAW
1133 Merrill St.
Houston, TX 77009
(713) 324-8118
amar@ravaltriallaw.com

ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that on April 9, 2026, a true and correct copy of the foregoing Notice of Settlement was served by hand delivery, certified mail, return receipt requested, fax transmission, or by email to:

Iwana Rademaekers, Esq.

Law Offices of Iwana Rademaekers
17304 Preston Rd., Suite 800
Dallas, TX 75252
(214) 579-9319
iwana@rademaekerslaw.com

Amar Raval

Amar Raval