United States District Court
Southern District of Texas
ENTERED
April 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Donna Polnac, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-668 |
| | § | |
| The Lincoln National Life Insurance Company, | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

ORDERED that this cause be, and is hereby, dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within sixty (60) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act. It is further

ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to resubmit or reurge these motions must do so within ten (10) days from the date of reinstatement.

SIGNED at Houston, Texas, on this 13 day of April, 2026.

DAVID HITTNER
United States District Judge