United States District Court
Southern District of Texas
ENTERED
May 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Donna Polnac, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-668 |
| | § | |
| The Lincoln National Life Insurance Company, | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on April 28, 2026, the above referenced case is hereby dismissed with prejudice as to Defendant The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 30 day of April, 2026.

DAVID HITTNER
United States District Judge